IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

        Plaintiff,                                 Case No.: 2:12-cv-14455

v.                                              Honorable: Sean F. Cox

VADEN COOK,

        Defendant,
_____/

JONATHAN W. TAPPAN (P72195)        VADEN COOK
Jonathan W. Tappan, PLLC                Defendant Appearing Pro Se
2549 Somerset Blvd. #102                  6205 Golf Club Rd.
Troy, MI 48084                                     Howell, MI 48843
Phone: (248) 622-0206
Email: tappanj@comcast.net
*Attorney for Plaintiff*
_____/

## PROPOSED STIPULATED ORDER DISMISSING COMPLAINT

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Vaden Cook, appearing Pro Se, and the parties having agreed that the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Vaden Cook, in the above-captioned case, shall be dismissed with prejudice.

IT IS FURTHER ORDERED that no party shall be obligated to pay costs and/or fees of any other party in this matter.

IT IS SO ORDERED.

_____
Honorable United States District Judge

1

Approved as to form and substance:

/s/ *Vaden Cook*
Vaden Cook
Defendant Appearing Pro Se

/s/ *Jonathan Tappan*
Jonathan W. Tappan (P72195)
Attorney for Plaintiff
AF Holdings, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

      Plaintiff,	Case No.: 2:12-cv-14455

    v.	Honorable Terrence G. Berg

VADEN COOK,

      Defendant,
_____/

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | VADEN COOK |
| Jonathan W. Tappan, PLLC | Defendant Appearing Pro Se |
| 2549 Somerset Blvd. #102 | 6205 Golf Club Rd. |
| Troy, MI 48084 | Howell, MI 48843 |
| Phone: (248) 622-0206 | |
| Email: tappanj@comcast.net | |
| *Attorney for Plaintiff* | |

_____/

## **STIPULATED ORDER DISMISSING COMPLAINT**

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Vaden Cook, appearing Pro Se, and the parties having agreed that the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Vaden Cook, in the above-captioned case, shall be dismissed with prejudice.

IT IS FURTHER ORDERED that no party shall be obligated to pay costs and/or fees of any other party in this matter.

                IT IS SO ORDERED.

                s/Terrence G. Berg_____
                Honorable United States District Judge

Approved as to form and substance:

| | |
|---|---|
| __/s/ _Vaden Cook_ (with consent)__ | __/s/ Jonathan Tappan__ |
| Vaden Cook | Jonathan W. Tappan (P72195) |
| Defendant Appearing Pro Se | Attorney for Plaintiff |
| | AF Holdings, LLC |